The Honorable Wendy Beetlestone, District Judge
United States District Court for the Eastern District of Pennsylvania
Courtroom 10A, United States Courthouse
601 Market Street
Philadelphia, PA 19106


United States v. Conrad Benedetto
E.D. PA Docket No. 21-407

Honorable Wendy Beetlestone,

When Conrad Benedetto council emailed me to do a letter of his character, I really wrestled with the fact if I really wanted to even get involved. It was a Moral decision for me . Do I write the fake letter on how good and what a Nice Guy he is or do I tell the truth and use examples on how he has treated me and handled my affairs over the 10 or so I have had him as my attorney .At first I was just not going to reply , he deserved nothing for me . But since this last incident to open my mouth and speak the truth as I always have my entire life . I just cant let go of what he has done to me again . Please allow me to give you a few examples of his misconduct in cases he has handled for me and my Mother !

1) In My mothers case at 86 yrs old , she had tripped in a pot hole in a store parking lot, smasher her face , broke her nose, and had an extremely bad concession from it ! Make a long story short Conrad Benedetto mis managed the case did not get the Reports from the neurologist : which stated that My mother will never recover from it at her age , and she would just have to live out her day with it which cost her precious years of her life . Conrad Benedetto was insulting to me , did not listen to me , and was ignorant as to my wishes on what he should be doing he did what he wanted to do : Mismanaged the case , and My sister and I had to settle for I think it was 30 thousand dollars, after he took his perentage, we recieved an insulting amount for losing our mother early because of this fall !

2) I had a slip and fall case at the condos where we lived, because they did not shovel the deep snow off the side walks and steps .I fell down 5 concrete steps hurt my back. His office talked me into having an operation , its better for the case . Settled amount time comes and he forces me to settle for an insulting amount again as always we argued , he insults me is ignorant , and disrespectful to me, and knowing what I know now and how much pain I am in every day, is just dispectable to me !

3) So I have the operation that they insisted I have and the doctor puts 12 screws in my back 4 or 5 go right into the center of my spinal cord, like a Bullet when People get shot, and become paralyzed : but at least I could still walk but no one can ever imagin the pain I had to suffer with for 13 month until they were removed. But the damage was done and now to day I still suffer with so much pain and some days I wake up and just want to end it all, but with the Grace of God

I make it through the day some how some way ! (exray enclosed) Any one can look at this exray and see the mal Practice that was committed on me: Its not rocket science, its common sense . When he was asked to file a mal practices case on the doctor, we argued , fought , he insulted me was ignorant and insulting to me in ever way. His excuse was they have an army of attorneys ! I had 4 doctors on my side and pain management,and a witness that was with me when the doctor that did the operation admitted that yes there is a Problem , and the exray is mind blowing . Yet he still refused to do the Right thing ! I think he had Bozo the clown review the record strain scrips records, never interviewed me or looked at the exray, and told him I did not have a case Still to day when my doctors see the exray, and say to me" you sued this guy I hope," They look at me like I am a fool because Conrad did nothing . Time ran out and Conrad Benedetto screws me over again , excuse my french ! The pain I have to suffer with every day cant be put into words  be cause of his negligent! He has the gull to ask me to do a good character letter for him.

4)Now just month ago he has my car accident case, where a older man Bumber cars me hard of the road at 50 mph, and I suffer a shoulder neck injury, and can barley sign my name at times .
He get in trouble leaves me hanging out to dry with no attorney, and trying to get another attorney
to take my case is impossible because i am told there are records missing for the first 2 yrs right after the accident, and it is poorly handled .No one wants to clean up his mess . So once again Conrad screws me again. I get nothing !

Now I know what every one hearing this is thinking , why did I stay with him, But believe it or not: Discrimination is alive and well even in the justice system . I did paralegal in my past, when i was incarcerated , yes thats what I said: I was young dum and stupid when I was younge . At 30 years old, being raised in a disfuntional family,shot in the leg by my drunken father. I found the strength to turn my life around , and was also a Civil Rights activist for 5 years so I am not a dum person when it comes to legal stuff. But Conrad seem to think he has done some good in my life but in reality he has dont nothing BUT, insult my intellengents , and is the most ignorant disrespectful arogant man I have ever met in my  68 years of life . Between the mal practice case the he would not file, and the slip and fall in the condos we lived in, and the car accident case I should be comfortable,and be able to get the medical care I despertly need, but in stead, I am On HUD Houseing, food stamps and SSI. Because the only person that could have helped me did not.
Conrad Benedetto is a shyster always has been and always will be. He has distroyed any chance I had at having a half decent life. Every day I have to suffer with an artifical left leg, very bad back, and a shoulder injury and  climb 21 steps to get to my HUD apartment .Conrad Benedetto could have been a Hero but to me he is a Zero, and should me held to the highest standards of the law, and pay for what he has done .He should never be allowed to Practice Law ever again . He should have known better .The truth may set you free !I would not be able to live with my self If I did not speak the truth ! Thank  you for your time and understanding in this letter . I wish I could sue him for misconduct and mal Practice, but that wont happen either most likely.

                                        Best Regards  
                                        Wayne P. Coons   *Wayne Coons*  
                                        300 crownpoint rd,West Deptford N.J. 08086



Wayne P. Coons
300 crownpoint rd,
West Deptford N.J. 08086

RECEIVED
JUL 12 2023

SOUTH JERSEY NJ 080
10 JUL 2023 PM 6



Prosecutors office
United States District Court for the Eastern District of Pennsylvania
Courtroom 10A, United States Courthouse
601 Market Street
Philadelphia, PA 19106

19106-179699